## 61921. HINSON v. O'QUINN.

SOGNIER, Judge.

Suit on account. Plaintiff-appellant contends that the jury verdict in favor of defendant-appellee is contrary to the evidence and the law. If there is any evidence to support the verdict, this court, on appeal, will not disturb it. *Bone Construction Co. v. Lewis,* 148 Ga. App. 61, 62 (250 SE2d 851) (1978).

*Judgment affirmed. Shulman, P. J., and Birdsong, J., concur.*

DECIDED SEPTEMBER 17, 1981.

*Robert H. Baer,* for appellant.
*Joseph H. Ferrier,* for appellee.